

**FILED**

MAY 2 1 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| MELVYN A. JOHNSON,<br>1901 D Street, S.E.<br>Washington, D.C. 2003<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MAYOR ANDRIAN M. FENTY,<br>UNITED STATES DEPARTMENT<br>OF JUSTICE, DRUG ENFORCEMENT<br>AGENCY, U.S. ATTORNEY'S<br>FOR THE DISTRICT OF COLUMBIA,<br>AND DEPT. OF CORRECTIONS<br>OFFICE.<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. Action No._____<br><br>Case: 1:07-cv-00935<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 5/21/2007<br>Description: PI/Malpractice |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendants respectfully notify the Court as follows:

1. Defendants United States Department of Justice and the United States Attorney's

Office for D.C., and others are named as defendants in a civil action now pending in the Superior

Court of the District of Columbia, Civil Action No. 2007- CA- 002364 B, entitled <u>Melvyn A.</u>

<u>Johnson v. U.S. Dep't of Justice</u>.

2. The above-entitled action was filed on March 29, 2007, in the Superior Court of the

District of Columbia. Neither the United States Attorney's Office for the District of Columbia

nor the Attorney General has been properly served pursuant to Fed. R. Civ. P. 4(i). A copy of the

Summons and Complaint are attached hereto as Exhibit A.

4.　　　Plaintiff alleges that "because of an error made on his DE LAB analysis report

caused him to lose his trial." <u>See</u> Complaint. Plaintiff identified four defendants, including



1

Mayor Adrian Fenty, United States Department of Justice, United States Attorney's Office for

the District of Columbia, and Department of Corrections Office.

5.      This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and

1446, since Plaintiff's action against Federal Defendants are one in which the district court has

original jurisdiction.

WHEREFORE, this action now pending in the Superior Court of the District of

Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441,

1442(a)(1), and 2679(d)(2).

Dated: May 21, 2007                     Respectfully Submitted,

                                        /s/ Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                        /s/   Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                        /s/  John C. Truong
                                        JOHN C. TRUONG, D.C. BAR #465901
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 307-0406

                                        Attorneys for Federal Defendants

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on May 21, 2007, service of the foregoing Notice of Removal

of a Civil Action, has been made by mailing copies thereof to:

Mr. Melyvn A. Johnson
1901 D Street, S.E.
Washington, D.C.  20003

Office of the Attorney General
Government of the District of Columbia
One Judiciary Square
441 4th Street NW
Suite 1060N
Washington, DC 20001

_____
John C. Truong
Assistant U.S. Attorney

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

MELVYN A. JOHNSON,                      )
1901 D Street, S.E.                     )
Washington, D.C. 2003                   )
                    Plaintiff,          )
                                        )
            v.                          )   Civil Action No.: 2007-CA-002364 B
                                        )
MAYOR ANDRIAN M. FENTY,                 )
UNITED STATES DEPARTMENT                )
OF JUSTICE, DRUG ENFORCEMENT            )
AGENCY, U.S. ATTORNEY'S                 )
FOR THE DISTRICT OF COLUMBIA,           )
AND DEPT. OF CORRECTIONS                )
OFFICE.                                 )   Judge Judith Bartnoff
                                        )
                    Defendants.         )
_____)

## NOTICE OF FILING OF NOTICE
## OF REMOVAL OF A CIVIL ACTION

TO:   Mr. Melvyn A. Johnson
      1901 D Street, S.E.
      Washington, D.C.  2003

PLEASE TAKE NOTICE that on May 14, 2007, Federal Defendants filed with the Clerk

of the United States District Court for the District of Columbia and with the Clerk of the District

of Columbia Superior Court a Notice of Removal of the above-entitled action.  A copy of the

Notice of Removal is attached hereto.  The Superior Court of the District of Columbia "shall

proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: May 21, 2007.                    Respectfully Submitted,

                                        /s/ Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

/s/    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/    John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Federal Defendants

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 21, 2007, service of the foregoing Notice of Filing

Notice of Removal of a Civil Action, has been made by mailing copies thereof to:

Mr. Melyvn A. Johnson
1901 D Street, S.E.
Washington, D.C.  20003

Office of the Attorney General
Government of the District of Columbia
One Judiciary Square
441 4th Street NW
Suite 1060N
Washington, DC 20001

_____
John C. Truong
Assistant U.S. Attorney

OIC

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Melvyn A. Johnson
1901 D. Street, S.E.
Washington, DC 20003

*Plaintiff*

FILED
CIVIL ACTIONS BRANCH
MAR 29 2007
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

vs.

The Mayor Adrian M. Fenty
Office of the Secretary suite 419
1350 Penn. Ave., NW
Washington DC 20004
Serve: Tabatha Braxton

DC Office of the Attorney General
441 4th St., NW Rm. 600-S
Washington, DC 20001
Serve: Gale Rivers

*Defendants,*

COMPLAINT

ACTION NO: 0002361-07

U.S. Department of Justice, DEA L
950 Pennsylvania Ave., NW
Washington, DC 20001

Dept. of Corrections Office of H
General Counsel
1923 Vermont Ave., NW suite N 10
Washington, DC 20001
Serve: Maria Amato, Esq

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Plaintiff contends that because of an error made on his DE LAB analysis report caused him to lose his trial P.W.I.D. (see attached P.S.I. exibit B). A decimal point was missing 29% from 2.9% Plaintiff recieved 30 years because of this mistake. Because of the defendants' conduct the plaintiff has Suffered much for the past 18 years mentally and physically Case No. F-9926-89 C.D.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 1,500,000 00 with interest and costs.

Phone:

DISTRICT OF COLUMBIA, ss

Melvyn A. Johnson _____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

Melvyn A. Johnson
(Plaintiff                                         Agent)

Subscribed and sworn to before me this _____ day of _____ 20__.

(Notary Public/Deputy Clerk)

FORM CV-1013/No. 00

07 0935

**FILED**

MAY 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GOVERNMENT
EXHIBIT
A

3

CONTACTS:

4/5/90 to        Four calls    to AUSA, Andrew Klingstein; messages
4/19/90          left.

4/23/90          Interviewed the defendant at the Occoquan Facility in
                 Lorton.

4/24/90          Three telephone calls to AUSA, Henry Hoberman;
to 5/1/90        messages left.

5/2/90           Telephone conversation with AUSA, Henry Hoberman.


OFFICIAL VERSION:

     According to the MPO #163: On Tuesday, August 22, 1989, at 1900
hours, Detective Gary O'Neil  was walking in the rear of 146 L Street,
S.E. when he saw Mr. Johnson along with an unidentified black female
standing in the alley. Mr. Johnson had several blue ziploc packets of
white powder in his right hand, which was stretched in the direction of
the unidentified female as if he were displaying the packets. The
detective identified himself as a police officer and placed Mr. Johnson
under arrest. One of the packets field tested positive for heroin.
During a search of his possession one off white rock was recovered and
it field tested positive for cocaine base crack. Seventy-four dollars
in U.S. Currency was taken as evidence since it was believed that these
monies were obtained as a result of the sale of heroin.


Quantity/ Quality of Drugs:

     According to the DEA-7 Report: Exhibit one is nine small blue
ziploc  bags of .701 grams of white powder found to contain heroin and
quinine with 29 percent purity. Exhibit two is one small colorless
ziploc  bag of .117 grams of chunky material found to contain cocaine
base with 98 percent purity.


DEFENDANT'S VERSION:

     According to Mr. Johnson: "I was buying drugs from the woman. The
police saw me buying. She ran. I was buying for my own use."


07 0935

Exibit-B.

**FILED**



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MELVYN A. JOHNSON
   Vs.                                        C.A. No.      2007 CA 002364 B
THE MAYOR ADRIAN M. FENTY et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to:  Judge JUDITH BARTNOFF
Date:  March 29, 2007
Initial Conference: 9:30 am, Friday, July 06, 2007
Location:  Courtroom 415
        500 Indiana Avenue N.W.
        WASHINGTON, DC 20001

Caio.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Melvyn A. Johnson
1901 D. Street SE
Washington, D.C. 20003

*Plaintiff*

vs.

U.S. Dept. of Justice, DEA, LAB
950 Penn. Ave. NW
Washington. DC 20001   *Defendant*

Civil Action No. 0002364-07

LEA TIME

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Melvyn A. Johnson
Name of Plaintiff's Attorney

1901 D. Street SE
Address Washington, D.C. 20003

By _____
Deputy Clerk

Telephone

Date 5/21/07

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA. 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(0)-456(Mas) 01

# SCR CIV FORM 1-A
## Notice and Acknowledgment for Service by Mail
### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division

Melvyn A. Johnson

_Plaintiff_

V.

Civil Action Number _____     0002364-07

U.S. Department of Justice DEA LAB

_Defendant_

### NOTICE

To: Name _U.S. Department of Justice DEA LAB_

Address _950 Pennsylvania Ave. NW_

_Washington D.C. 20001_

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _____

_Signature_                                    Date of Signature

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_Signature_                    Relationship to Defendant/Authority     Date of Signature
                               to Receive Service of Process

Form CV(6)-1590/Mar 97

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*MELVYN A. JOHNSON*
Plaintiff

v.                                    Civil Action No. **07 0935**

*MAYOR ADRIAN M. FENTY, ETAL*              **MAY 2 1 2007**
Defendant

The above entitled action, removed from the Superior Court for the District of Columbia,

has been filed and assigned to Judge **COLLYER, J. RMC**. All counsel and/or pro se

litigants must include on any subsequent pleadings both the civil action number and the initials

of the judge assigned to this action.  (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the

bar of this Court to appear, file papers or practice.  To assist the Clerk's Office in properly

recording all counsel of record, counsel for all parties must enter their appearance in accordance

with our Local Rule 83.6(a).  Timely compliance with this requirement will enable the Clerk's

Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer.  This rule clearly

spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court

on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _____
Deputy Clerk

cc: *MELVYN A. JOHNSON*

929A
Rev. 7/02

07-935
RMC

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| | |
|---|---|
| **I (a) PLAINTIFFS** MELVYN A. JOHNSON 1901 D St., S.E. WDC 20003 | **DEFENDANTS** ADRIAN FENTY, U.S. DEPT. OF JUSTICE, DEA, and USAo |
| **(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 11001 (EXCEPT IN U.S. PLAINTIFF CASES) | **COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)** | ATTORNEYS |

Case: 1:07-cv-00935
Assigned To : Collyer, Rosemary M.
Assign. Date : 5/21/2007
Description: PI/Malpractice

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

(X) 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**(X) B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
(X) 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*Federal Tort Claim Act (FTCA) 28 USC 1346*

**VII. REQUESTED IN COMPLAINT**

CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23     **DEMAND $**    Check YES only if demanded in complaint    **JURY DEMAND:** ☐ YES    ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE *5.21.07*    SIGNATURE OF ATTORNEY OF RECORD *[signature]* AUSA for federal defendants

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd