# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVYN A. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07–0935 (RMC) |
| ADRIAN M. FENTY, Mayor, | ) |
| UNITED STATES DEPARTMENT, OF JUSTICE, DRUG ENFORCEMENT AGENCY, | ) |
| UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA, | ) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for the Defendants, in the above-captioned case and withdraw the appearance of Assistant U.S. Attorney John C. Truong.

Respectfully submitted,


s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)



/s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2007, I caused the foregoing *Notice of Substitution of Counsel* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

Melvyn A. Johnson
1901 D Street, S.E.
Washington, DC 20003

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)