UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MELVYN A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07–0935 (RMC) |
| | ) | ECF |
| ADRIAN M. FENTY, Mayor, | ) | |
| | ) | |
| UNITED STATES DEPARTMENT, OF JUSTICE, DRUG ENFORCEMENT AGENCY, | ) | |
| | ) | |
| UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendants. | ) | |

**FEDERAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. Pro. 6(b)(1), Federal Defendants respectfully move the Court for an extension of time from May 29, 2007 to July 30, 2007 to answer or otherwise respond to Plaintiff's Complaint.  Undersigned counsel for Defendants attempted to contact Plaintiff's counsel concerning this Motion, but was unable to do so because Plaintiff pro se, Melvyn A. Johnson, does not have a contact number listed.  A schedule order has not been entered in this case.  This is Federal Defendants' first request for an extension of time.

There is good cause for the Court to grant this motion.  This action was originally filed in the Superior Court for the District or Columbia.  On May 21, 2007, it was removed to this Court. Fed. R. Civ. Pro. 81(c) requires a Defendant to answer or present the other defenses or objections available under the rules within 20 days after the receipt through service or otherwise of a copy

of the initial pleading, or within 20 days after the service of summons upon such initial pleading, or within 5 days after the filing of the petition of removal, whichever period is longest. The U.S. Attorney's Office has not been served with a copy of the Summons and Complaint. Consequently, the deadline for Federal Defendants to respond to Plaintiff's Complaint is on May 29, 2007, five business days from the removal date. See Fed. R. Civ. P. 81(c); Fed. R. Civ. P. 6(a).

Federal Defendants request that they be granted 60 days to respond to Plaintiff's Complaint.[1] This enlargement of time is sought for four reasons. First, such an enlargement of time is consistent with the 60-day period that the United States is normally afforded to respond to complaints under Fed. R. Civ. P. 12(a)(3). Second, this case was recently reassigned from Assistant United States Attorney John C. Truong to the undersigned Counsel for Defendant, Jonathan C. Brumer, and Mr. Brumer will need some time to familiarize himself with the procedural history of this case and the relevant legal authorities, confer with agency counsel about the circumstances of this case, and prepare an appropriate response to the Complaint. Mr. Brumer anticipates that he may want to file a dispositive motion in response to the Complaint, which will require additional time for preparation. Third, counsel for Defendant will be out of the office on scheduled leave on May 24, May 25, and May 29, and has several imminent deadlines in his other cases, including Answers and/or dispositive motions in, among other cases, Andre Cooper v. EOUSA, et al., 07-0744 (D.D.C.), Bonaparte v. DOJ, Civil Action No. 07-0749 (D.D.C.), Forrester v. Parole Commission, Civil Action No. 07-0728 (D.D.C.), Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.), Delgado v. ATF, Civil Action No. 07-0256 (D.D.C.),

---

[1] Because the U.S. Attorney's Office has not been served with a copy of the Summons and Complaint, Defendants do not waive any defenses under Rule 12(b) or otherwise, including immunity from suit.

and a Reply in <u>Kotz v. Lappin</u>, *et. al.*, Civil Action No. 07-0856 (D.D.C.).  Finally, the Counsel for Defendant is currently waiting for agency counsel to send him information and documents which are required before he can formulate an appropriate response to Plaintiff's Complaint.  Consequently, Defendant requests the additional time in order to further confer and better address the relevant issues in this case.

    Accordingly, Federal Defendants respectfully request that the Court grant a 60-day extension of time for Federal Defendants to respond to Plaintiff's Complaint.


Dated: May 23, 2007                          Respectfully Submitted,

                                                    __/s/_____
                                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                    United States Attorney

                                                    __/s/_____
                                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                    Assistant United States Attorney

                                                    __/s/_____
                                                    JONATHAN C. BRUMER, D.C. BAR # 463328
                                                    Special Assistant United States Attorney
                                                    555 Fourth Street, N.W., Room E4815
                                                    Washington, D.C. 20530
                                                    (202) 514-7431
                                                    (202) 514-8780 (facsimile)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 23rd day of May, 2007, the forgoing Federal Defendants' Motion for an Extension of Time was served by first class mail, postage prepaid mail upon Plaintiff's addressed as follows:

>Melvyn A. Johnson
>1901 D Street, SE
>Washington, DC 20003

>\_\_/s/_____
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVYN A. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07–0935 (RMC) |
| ADRIAN M. FENTY, Mayor, | ) |
| UNITED STATES DEPARTMENT, OF JUSTICE, DRUG ENFORCEMENT AGENCY, | ) |
| UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA, | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of Federal Defendants' Motion for an Extension of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until July 30, 2007 , to respond to the Complaint.

_____
ROSEMARY M. COLLYER
United States District Court Judge

Copies of this order to:

Melvyn A. Johnson
1901 D Street, S.E.
Washington, DC 20003

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530