## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MELVYN A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07–0935 (RMC) |
| | ) | ECF |
| ADRIAN M. FENTY, Mayor, | ) | |
| | ) | |
| UNITED STATES DEPARTMENT, | ) | |
| OF JUSTICE, | ) | |
| DRUG ENFORCEMENT AGENCY, | ) | |
| | ) | |
| UNITED STATES ATTORNEY'S | ) | |
| OFFICE FOR THE DISTRICT OF | ) | |
| COLUMBIA, | ) | |
| | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## FEDERAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. Pro. 6(b)(1), Federal Defendants respectfully move the Court for

a fifteen day extension of time, from July 30, 2007 to August 14, 2007, to answer or otherwise

respond to Plaintiff's Complaint.  The undersigned counsel for the Federal Defendants was

unable to contact the *pro se* Plaintiff, Melvyn A. Johnson, concerning this Motion, because he

does not have a contact number listed on either the docket sheet or his Superior Court complaint.[1]

A scheduling order has not been entered in this case.  This is the Federal Defendants' second

---

[1]  Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with
"opposing counsel."  The Rule does not require counsel to confer with pro se parties about non-
dispositive motions.  Nonetheless, it has been the general practice of this office to attempt to
discuss such motions with non-prisoner pro se parties.

request for an extension of time.  In support of this motion, the Federal Defendants aver the following:

1.  This action was originally filed in the Superior Court for the District or Columbia.  On May 21, 2007, it was removed to this Court.  See Docket Entry No. 1.

2.  On May 23, 2007, the Federal Defendants filed a Motion for Enlargement of Time of Time to Answer or Otherwise Respond to Plaintiff's complaint, their first in this case.  See Docket Entry No. 3.  On May 24, 2007, this Court granted Federal Defendants' first Motion for Enlargement, and ordered the Federal Defendants to file their Answer or other response to Plaintiff's complaint by July 30, 2007.

3.  The undersigned counsel for the Federal Defendants anticipates that he will file a dispositive motion in response to the Complaint.  Despite his best efforts, he will not be able to complete an adequate response to the Complaint by July 30, 2007.

4.  Since May 24, 2007, when the Court granted Federal Defendants' First Motion for Enlargement of Time, the undersigned counsel has contended with numerous deadlines in his other cases.  During that period, he prepared and filed the following pleadings, among others: (1) a Reply brief in Kotz v. Lappin, et. al., Civil Action No. 07-0856 (D.D.C.); (2) a Response to an Order to Show Cause in Mitchell v. Federal Bureau of Prisons, Civil Action No. 05-05420 (D.C. Cir.); (3) a Response to an Order to Show Cause in Watts v. Gonzalez, Civil Action No. 06-777 (D.D.C.); (4) a Motion to Dismiss or, in the Alternative, for Summary Judgment in Bonaparte v. United States Department of Justice, 07-749 (D.D.C.); (5) an Answer in Delgado v. Gonzales, Civil Action No. 07-256 (D.D.C.); and (6) a Motion to Dismiss, or in the alternative, for Summary Judgment in Murthy v. Johanns, Civil Action No. 06-2208 (D.D.C.).  He also

2

drafted and served a set of interrogatories, a set of request for production, a notice of deposition, and responses to a discovery request in Von Muhlenbrock v. Billington, Civil Action No. 05-1921 (D.D.C.) during this period; and has handled many other matters related to his case assignments.

5.     Within the next week, the undersigned counsel for the Federal Defendants will have several imminent briefing deadlines in his other cases, including (1) a Reply brief in Murthy v. Johanns, Civil Action No. 06-2208 (D.D.C.); (2) a dispositive motion in response to the Complaint filed in Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.) ("Dews-Miller"), a complex case both in its procedural history and the range of legal issues implicated (the complaint for Dews-Miller contains no fewer than twenty two counts and 115 paragraphs); and an Answer or dispositive motion in West v. Jackson, 07-0727 (D.D.C.).  In addition, he will have an Answer or other response to the Complaint due in Grossman v. Guitierrez, 07-353 (D.D.C.) by August 17, 2007, and an Answer or Dispositive Motion due in White v. Federal Bureau of Investigation, et. al., Civil Action No. 07-838 (D.D.C.) due by August 22, 2007.

This extension is sought in good faith and will not unfairly prejudice any party.  Allowing the Federal Defendants some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, the Federal Defendants respectfully request that their time for answering or otherwise responding to Plaintiff's Complaint be extended to August 14, 2007.

Dated: July 27, 2007                            Respectfully Submitted,

                                                     __/s/_____

                                                     JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                     ___/s/_____

                                                     RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                     __/s/_____

                                                     JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 27th day of July, 2007, the forgoing Federal

Defendants' Motion for an Extension of Time was served by first class mail, postage prepaid

mail upon Plaintiff's addressed as follows:

>       Melvyn A. Johnson
>       1901 D Street, SE
>       Washington, DC 20003


                                        __/s/_____
                                        JONATHAN C. BRUMER, D.C. BAR # 463328
                                        Special Assistant United States Attorney
                                        555 Fourth Street, N.W., Room E4815
                                        Washington, D.C. 20530
                                        (202) 514-7431
                                        (202) 514-8780 (facsimile)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVYN A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 07–0935 (RMC) |
| | ) |
| ADRIAN M. FENTY, Mayor, | ) |
| | ) |
| UNITED STATES DEPARTMENT, | ) |
| OF JUSTICE, | ) |
| DRUG ENFORCEMENT AGENCY, | ) |
| | ) |
| UNITED STATES ATTORNEY'S | ) |
| OFFICE FOR THE DISTRICT OF | ) |
| COLUMBIA, | ) |
| | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>ORDER</u>

UPON CONSIDERATION of Federal Defendants' Motion for an Extension of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Federal Defendants' Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Federal Defendants shall have until August 14, 2007, to respond to the Complaint.

_____
ROSEMARY M. COLLYER
United States District Court Judge

Copies of this order to:

Melvyn A. Johnson
1901 D Street, S.E.
Washington, DC 20003

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530