# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MELVYN A. JOHNSON,                  ) | |
|                                      ) | |
|      Plaintiff,     ) | |
|                                      ) | |
|     v.             ) | Civil Action No. 07–0935 (RMC) |
|                                      ) | |
| ADRIAN M. FENTY, Mayor,              ) | |
|                                      ) | |
| UNITED STATES DEPARTMENT,            ) | |
|  OF JUSTICE,                    ) | |
| DRUG ENFORCEMENT AGENCY,             ) | |
|                                      ) | |
| UNITED STATES ATTORNEY'S             ) | |
|  OFFICE FOR THE DISTRICT OF    ) | |
|  COLUMBIA,                      ) | |
|                                      ) | |
| DEPARTMENT OF CORRECTIONS,           ) | |
|                                      ) | |
|     Defendants.   ) | |
|                                      ) | |
|                                      ) | |

## FEDERAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. Pro. 6(b)(1), Federal Defendants respectfully move the Court for a fourteen day extension of time, from August 14, 2007 to August 28, 2007, to answer or otherwise respond to Plaintiff's Complaint. The undersigned counsel for the Federal Defendants was unable to contact the *pro se* Plaintiff, Melvyn A. Johnson, concerning this Motion, because he does not have a contact number listed on either the docket sheet or his Superior Court complaint, and an online search for his phone number was unsuccessful.[1] Moreover, the service

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." The Rule does not require counsel to confer with pro se parties about non-dispositive motions. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with non-prisoner pro se parties.

copy of the Motion for Enlargement which Defendant filed and served on July 27, 2007 (which had been mailed to the address listed for Plaintiff on both the docket sheet and in Plaintiff's complaint) was recently returned to the undersigned counsel by the U.S. Postal Service, with a note indicating that Plaintiff had moved from that address and left no forwarding address. A scheduling order has not been entered in this case. This is the Federal Defendants' third request for an extension of time. In support of this motion, the Federal Defendants aver the following:

1. This action was originally filed in the Superior Court for the District or Columbia. On May 21, 2007, it was removed to this Court. See Docket Entry No. 1.

2. On May 23, 2007, the Federal Defendants filed a Motion for Enlargement of Time of Time to Answer or Otherwise Respond to Plaintiff's complaint, their first in this case. See Docket Entry No. 3. On May 24, 2007, this Court granted Federal Defendants' First Motion for Enlargement of Time, and ordered the Federal Defendants to file their Answer or other response to Plaintiff's complaint by July 30, 2007. See Minute Order dated May 24, 2007.

3. On July 27, 2007, the Federal Defendants requested a fifteen (15) day Motion for Enlargement of Time, from July 30, 2007 to August 14, 2007, on their deadline for responding to the Complaint. See Docket Entry No. 5. This request was granted on July 30, 2007. See Minute Order dated July 30, 2007.

4. The undersigned counsel for the Federal Defendants anticipates that he will file a dispositive motion in response to the Complaint. Despite his best efforts, he will not be able to complete an adequate response to the Complaint by August 14, 2007.

5. This civil action arises from events which occurred nearly twenty years ago: Plaintiff's 1989 arrest; a laboratory test conducted by the Drug Enforcement Agency during that year of

2

narcotics which were found on Plaintiff's person during his arrest; Plaintiff's criminal trial, conviction, and sentencing in the Superior Court for the District of Columbia in 1990, and his subsequent unsuccessful appeal of that conviction to the District of Columbia Court of Appeals. With the help of the agency counsel assigned to this case and several DOJ attorneys who were involved in the proceedings in the District of Columbia Court of Appeals, the undersigned counsel for the Federal Defendants has made substantial progress in obtaining answers to many of the questions he initially had concerning those events.  However, the undersigned counsel still has a few unresolved questions about these factual matters, and would like to have some additional time to investigate them and consult with agency counsel and his DOJ contacts about them before he finalizes his response to Plaintiff's complaint.

6.  The undersigned counsel has learned that an appellate file which likely contains the trial transcripts and potentially the sentencing transcript from Plaintiff's trial is located off site in storage.  He has placed an order for those materials, is still awaiting their delivery, and would like to have an opportunity to examine those documents before he finalizes his response to Plaintiff's complaint.

7.  This enlargement is also sought because of the workload of the undersigned counsel for the Defendant.  Since July 30, 2007, when this Court granted Federal Defendants' second Motion for Enlargement of Time, the undersigned counsel has contended with numerous deadlines in his other cases.  During that period, he prepared and filed a lengthy Motion to Dismiss, or in the Alternative, for Summary Judgment in Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.) ("Dews-Miller"), a complex case both in its procedural history and the range of legal issues implicated (the complaint for Dews-Miller contains no fewer than 22 counts and

3

115 paragraphs), and has handled many other matters related to his other case assignments.

8.  Within the next sixteen days, the undersigned counsel for the Federal Defendants will have several imminent briefing deadlines in his other cases, including: (1) a Reply brief in Murthy v. Johanns, Civil Action No. 06-2208 (D.D.C.); (2) an Answer (or, more likely, a Dispositive Motion) in response to the Complaint in White v. Federal Bureau of Investigation, *et. al.*, Civil Action No. 07-838 (D.D.C.); (3) an Answer (or, more likely, a Dispositive Motion) in Federal Cure v. Lappin, Civil Action No. 07-843 (D.D.C.); and (4) an Answer or other response to the Complaint due in Grossman v. Guitierrez, 07-353 (D.D.C.).  He will also be responsible for preparing a response to a set of interrogatories and a request for the production of documents in  Von Muhlenbrock v. Billington, Civil Action No. 05-1921 (D.D.C.) during this period.

This extension is sought in good faith and will not unfairly prejudice any party.  Allowing the Federal Defendants some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, the Federal Defendants respectfully request that their time for answering or otherwise responding to Plaintiff's Complaint be extended to August 28, 2007.


Dated: August 14, 2007                    Respectfully Submitted,

                                          __/s/_____
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

_____/s/_____

RUDOLPH CONTRERAS, D.C. BAR # 434122

Assistant United States Attorney


___/s/_____

JONATHAN C. BRUMER, D.C. BAR # 463328

Special Assistant United States Attorney

555 Fourth Street, N.W., Room E4815

Washington, D.C. 20530

(202) 514-7431

(202) 514-8780 (facsimile)

5

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 14th day of August, 2007, the forgoing Federal

Defendants' Motion for an Extension of Time was served by first class mail, postage prepaid

mail upon Plaintiff addressed as follows:

> Melvyn A. Johnson
> 1901 D Street, SE
> Washington, DC 20003

>                                     __/s/_____
>                                     JONATHAN C. BRUMER, D.C. BAR # 463328
>                                     Special Assistant United States Attorney
>                                     555 Fourth Street, N.W., Room E4815
>                                     Washington, D.C. 20530
>                                     (202) 514-7431
>                                     (202) 514-8780 (facsimile)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MELVYN A. JOHNSON,                                          ) | |
|                                                             ) | |
|                   Plaintiff,                                ) | |
|                                                             ) | |
|                   v.                                        )  | Civil Action No. 07–0935 (RMC) |
|                                                             ) | |
| ADRIAN M. FENTY, Mayor,                                     ) | |
|                                                             ) | |
| UNITED STATES DEPARTMENT,                                   ) | |
|   OF JUSTICE,                                               ) | |
| DRUG ENFORCEMENT AGENCY,                                    ) | |
|                                                             ) | |
| UNITED STATES ATTORNEY'S                                    ) | |
|   OFFICE FOR THE DISTRICT OF                                ) | |
|   COLUMBIA,                                                 ) | |
|                                                             ) | |
| DEPARTMENT OF CORRECTIONS,                                  ) | |
|                                                             ) | |
|                   Defendants.                               ) | |
|                                                             ) | |
|                                                             ) | |

<u>**ORDER**</u>

UPON CONSIDERATION of Federal Defendants' Motion for an Extension of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Federal Defendants' Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Federal Defendants shall have until August 28, 2007, to respond to the Complaint.

_____
ROSEMARY M. COLLYER
United States District Court Judge

Copies of this order to:

Melvyn A. Johnson
1901 D Street, S.E.
Washington, DC 20003

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530