UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVYN A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-0935 (RMC) |
| ) | |
| v. ) | |
| ) | |
| MAYOR ADRIAN FENTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PRAECIPE**

On May 25, 2007, Defendants District of Columbia Department of Corrections and Mayor Adrian Fenty filed a motion to dismiss this matter. Pursuant to LCvR 7(b), "[w]ithin 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." Plaintiff has not filed any opposition to the motion. The Department of Corrections and Mayor Fenty therefore respectfully request that the Court treat this matter as conceded and dismiss this case as to these Defendants.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II

   /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov