UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVYN A. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADRIAN M. FENTY, Mayor, )<br>)<br>UNITED STATES DEPARTMENT, )<br> OF JUSTICE, )<br>DRUG ENFORCEMENT AGENCY, )<br>)<br>UNITED STATES ATTORNEY'S )<br> OFFICE FOR THE DISTRICT OF )<br> COLUMBIA, )<br>)<br>DEPARTMENT OF CORRECTIONS, )<br>)<br>Defendants. )<br>) | Civil Action No. 07–0935 (RMC) |

## NOTICE OF PLAINTIFF'S NEW ADDRESS

The undersigned counsel for the Federal Defendants, United States Department of Justice, Drug Enforcement Agency, and United States Attorney's Office for the District of Columbia, recently learned that the *pro se* Plaintiff, Melvin A. Johnson (a/k/a "Melvyn" A. Johnson) is a federal prisoner, and that he was moved to a new prison facility in June 2007. Consequently the address listed in Plaintiff's Complaint and on the Court's docket sheet is no longer accurate. Although it is technically Plaintiff's obligation to notify the Court and other parties of changes in his address[1], as a courtesy to both the Court and to the non-Federal Defendants, and in order to ensure that Plaintiff

---

[1] See, e.g., LcvR 5.1(e); Rauch v. Chertoff, 451 F.Supp.2d 147, 149, n. 3 (D.D.C. 2006); McCants v. Glickman, 180 F.Supp.2d 35, 39 (D.D.C. 2001)

will continue to receive the parties' filings and the Court's orders, the Federal Defendants wish to advise all concerned of Plaintiff's new mailing address. The undersigned counsel has been advised that the Plaintiff's current mailing address is as follows:

      Melvyn A. Johnson
      R 07904-007
      FCI Petersburg Medium
      Federal Correctional Institution
      P.O. Box 90043
      Petersburg, VA 23804

Dated: August 21, 2007                        Respectfully Submitted,

                                            __/s/_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            __/s/_____
                                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                                            Assistant United States Attorney

                                            __/s/_____
                                            JONATHAN C. BRUMER, D.C. BAR # 463328
                                            Special Assistant United States Attorney
                                            555 Fourth Street, N.W., Room E4815
                                            Washington, D.C. 20530
                                            (202) 514-7431
                                            (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 21st day of August, 2007, the foregoing Federal Defendants' Notice of Plaintiff's New Address was served via the Electronic Case Filing System upon the non-Federal Defendants, and was served upon the *pro se* Plaintiff by first class mail, postage prepaid mail addressed as follows:

>Melvyn A. Johnson
>R 07904-007
>FCI Petersburg Medium
>Federal Correctional Institution
>P.O. Box 90043
>Petersburg, VA 23804

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)