UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVYN A. JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> MAYOR ADRIAN FENTY, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-935 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter comes before the Court on the Federal Defendants' Notice of Plaintiff's New Address. *See* [Dkt. #9]. Plaintiff is proceeding *pro se* in this matter and is a federal prisoner. Federal Defendants inform the Court that Mr. Johnson was moved to a new prison facility in June 2007. Consequently, the address listed in Plaintiff's Complaint and on the Court's docket sheet is no longer accurate. It is technically Plaintiff's obligation to notify the Court and other parties of changes in his address, but the Court in an abundance of caution wishes to ensure that *pro se* Plaintiff's rights to litigate this case are preserved. All parties in this matter are now on notice of Plaintiff's current mailing address. Accordingly, it is hereby

**ORDERED** that a copy of all future filings with the Court in this matter shall be sent to Mr. Johnson at:

>Melvyn A. Johnson
>R07904-007
>FCI Petersburg Medium
>Federal Correctional Institution
>P.O. Box 90043
>Petersburg, VA 23804;

and it is

**FURTHER ORDERED** that Plaintiff's address be changed on the docket sheet to reflect Mr. Johnson's current address as listed in this Order; and its

**FURTHER ORDERED** that the Clerk of this Court transmit a copy of this Order and a current docket sheet to Plaintiff at his current address; and it is

**FURTHER ORDERED** that Defendants' Motion to Dismiss [Dkt. #4], and this Court's August 21, 2007 Order directing Plaintiff to Respond to the Motion to Dismiss [Dkt. #8] be mailed, by the Clerk of this Court, to the Plaintiff at his current address.

**SO ORDERED.**

/s/ Rosemary M. Colyer
ROSEMARY M. COLLYER
United States District Judge

DATE: August 21, 2007