UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVYN A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07–0935 (RMC) |
| ) | |
| ADRIAN M. FENTY, Mayor, ) | |
| ) | |
| UNITED STATES DEPARTMENT, ) | |
|  OF JUSTICE, ) | |
| DRUG ENFORCEMENT AGENCY, ) | |
| ) | |
| UNITED STATES ATTORNEY'S ) | |
|  OFFICE FOR THE DISTRICT OF ) | |
|  COLUMBIA, ) | |
| ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF AMENDED CERTIFICATE OF SERVICE**

Federal Defendants United States Department of Justice, Drug Enforcement Agency, and United States Attorney's Office for the District of Columbia, by and through the undersigned counsel, advise this Court that, on August 28, 2007, at about 11:30 p.m., they filed *Federal Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment*, a *Memorandum of Points and Authorities in Support of Federal Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment*, Federal Defendants' *Statement of Material Facts Not in Dispute*, and 6 exhibits electronically on the ECF system. Because of time constraints and the late hour at which those documents were filed, the Federal Defendants were unable to serve pro se Plaintiff with a copy of the documents on August 28, 2007. However, on August 29, 2007, the

Federal Defendants served Plaintiff with a copy of this filing by first class mail, postage prepaid mail.

Dated: August 29, 2007                    Respectfully Submitted,

                                                                                          /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                                                          /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                                                          /s/
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 29th day of August, 2007, the foregoing *Notice of Amended Certificate of Service*, along with a copy of *Federal Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment*, *Memorandum of Points and Authorities in Support of Federal Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment*, Federal Defendants' *Statement of Material Facts Not in Dispute*, and the accompanying exhibits were all served upon the *pro se* Plaintiff by first class mail, postage prepaid mail addressed as follows:

> Melvyn A. Johnson
> R 07904-007
> FCI Petersburg Medium
> Federal Correctional Institution
> P.O. Box 90043
> Petersburg, VA 23804

> s/Jonathan C. Brumer
> JONATHAN C. BRUMER, D.C. BAR # 463328
> Special Assistant United States Attorney
> 555 4th Street, N.W., Room E4815
> Washington, D.C. 20530
> (202) 514-7431
> (202) 514-8780 (facsimile)