UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

MELVYN A. JOHNSON,
Plaintiff,

v.

MAYOR ADRIAN FENTY, et al.,

Defendants.

Civil Action No. 07-0935 RMC

RECEIVED
AUG 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO OPPOSE DEFENDANTS MOTION TO DISMISS

COMES NOW, MELVYN A. JOHNSON, plaintiff, and pro-se respectfully request the honorable court to grant his motion opposing defendants motion to dismiss, filed on May 25, 2007.

Plaintiff contends that shortly after May 25, he was transferred to a new prison facility on June 4, 2007, (see exhibit A & B).

Plaintiff was not allowed to carry anything

(Legal Material, Personal Paper's etc.) with him. Plaintiff was not given the opportunity to respond considering his present circumstances. At plaintiff's new address plaintiff is just now recieveing defendants (Praecipe) regarding Motion to Dismiss on August 22, 2007 Plaintiff now respectfully request the honorable court to grant his motion to oppose defendants motion to dismiss.

Respectfully Submitted

*Melvyn A. Johnson*

Melvyn A. Johnson #07904-007
FCI Petersburg Medium
P.O. Box 90043
Petersburg, VA 23804

(3.)

## CERTIFICATE OF SERVICE

I Hereby certify that, on this **27**th day of August, 2007, the foregoing Motion to Oppose was sent to Shana L. Frost (458021) Assistant Attorney General @ 441 4th Street, N.W. 6th Fl. South, Washington, DC 20001.

Respectfully,

Melvyn A. Johnson

Melvyn A. Johnson, 07904-007
F.C.I. Petersburg - Medium
P.O. Box 90043
Petersburg, VA 23804

```
PEMBC              *         PROGRAM REVIEW REPORT           *       07-22-2007
PAGE 001                                                             10:07:34

INSTITUTION: PEM   PETERSBURG MED FCI

NAME........: JOHNSON, MELVIN ANTHONY JR              REG. NO: 07904-007
RESIDENCE...: SUITLAND, MD 20746
TYPE OF REVIEW....: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE..:                    10/07
PROJ. RELEASE DATE: 11-23-2007          RELEASE METHOD.: PAROLE
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE
DATE OF NEXT CUSTODY REVIEW: 7/08       DETAINERS (Y/N): N
CIM STATUS (Y/N)..: N            IF YES, RECONCILED (Y/N):
PENDING CHARGES...:    No
OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N): Y
   IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE
CATEGORY          --------- CURRENT ASSIGNMENT ---------  EFF DATE     TIME

CMA       PROG RPT       NEXT PROGRESS REPORT DUE DATE   08-03-2007    0828
CMA       RPP PART       RELEASE PREP PGM PARTICIPATES   07-22-2007    1003
CMA       V94 CDB913     V94 CURR DRG TRAF BEFORE 91394  04-06-2004    1619
CMA       V94 PD         V94 PAST DRUG TRAFFICKING       06-17-2002    1427
CUS       IN             IN CUSTODY                      06-04-2007    1050
DRG       DRG I NONE     NO DRUG INTERVIEW REQUIRED      07-22-2007    1004
EDI       ESL HAS        ENGLISH PROFICIENT              03-30-2004    0618
EDI       GED HAS        COMPLETED GED OR HS DIPLOMA     03-30-2004    0617
FRP       NO OBLG        FINANC RESP-NO OBLIGATION       03-27-2004    1608
LEV       MEDIUM         SECURITY CLASSIFICATION MEDIUM  06-04-2007    1056
MDS       REG DUTY       NO MEDICAL RESTR--REGULAR DUTY  07-11-2007    0816
MDS       YES F/S        CLEARED FOR FOOD SERVICE        07-11-2007    0816
QTR       E02-075U       HOUSE E/RANGE 02/BED 075U       06-27-2007    1641
RLG       MOORISH        MOORISH SCIENCE TEMPLE          09-07-2004    1507
WRK       A&O            ADMISSION AND ORIENTATION       06-27-2007    1200
```

WORK PERFORMANCE RATING: __New to the facility__

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: __None on file since 2005__

FRP PLAN/PROGRESS: TRUST FUND DEPOSITS PAST 6 MO: $ 68.52

FRP PAYMENTS PAST 6 MO: $ 0     OBLG BALANCE: $ 0.00

CURRENT FRP PLAN: $ 0      PAYMENTS COMMENSURATE: YES ___ / NO ___

IF NO, NEW PAYMENT PLAN: __No obligation at this time__

RELEASE PREPARATION PARTICIPATION: __Enroll in any RPP classes that are available.__

CCC RECOMMENDATION: __You have a parole date of 11-23-2007; Not sure if you will receive a RRC placement or not. Will discuss at a later time__

PROGRESS MADE SINCE LAST REVIEW: __None new arrival__

Exhibit - A

# Inmate Statement

| | | | |
|---|---|---|---|
| Inmate Reg #: | 07904007 | Current Institution: | Petersburg Complex FCI |
| Inmate Name: | JOHNSON, MELVIN | Housing Unit: | PEM-E-S |
| Report Date: | 07/22/2007 | Living Quarters: | E02-075U |
| Report Time: | 10:17:09 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEX | 7/16/2007 6:39:06 PM | 29 | | | Sales | ($48.65) | | $0.50 |
| PEX | 7/13/2007 10:34:19 AM | TFN0713 | | | Phone Withdrawal | ($20.00) | | $49.15 |
| PEX | 7/13/2007 5:30:41 AM | 70187101 | | | Lockbox - CD | $68.92 | | $69.15 |
| PEX | 6/14/2007 8:49:46 AM | GWHC0150 | | | WUNK Transfer In | $0.23 | | $0.23 |
| PEX | 2/9/2007 2:05:54 PM | REL0119 | 7470 | | Release-Treas Chk | ($1.80) | | $0.00 |
| PEX | 2/6/2007 9:34:03 PM | TX020607 | | | Transfer - In from TRUFACS | $1.80 | | $1.80 |
| PEX | 1/29/2007 9:34:03 AM | TX012907 | | | Transfer - Out to TRUFACS | ($1.80) | | $0.00 |
| PEX | 1/29/2007 7:03:13 AM | 51149183 | | | FPPOS Cancel Check | $1.80 | | $1.80 |

Total Transactions: 8

Totals: $0.50 $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PEX | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.50 |
| Totals: | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.50 |

*Exhibit-B* (handwritten)

MENT OF THE DISTRICT OF COLUMBIA
CE OF THE ATTORNEY GENERAL
R THE DISTRICT OF COLUMBIA

OFFICIAL BUSINESS
PENALTY FOR MISUSE

WG Fost

Melvyn A Johnson
R 07904-007
FCI Petersburg Medium Federal Correction Inshitubes
PO Box 90043
Petersburg, VA 23804



02 1M
0004232913
MAILED FROM ZIP CODE 20001
$ 00.41⁰
AUG 22 2007
PITNEY BOWES
UNITED STATES POSTAGE