UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MELVYN A. JOHNSON,              :
          Plaintiff,            :
     v.                         :   Civil Action No. 07-0935 RMC
MAYOR ADRIAN FENTY, et al.,     :
          Defendants.           :

### Motion for Appointment of Counsel

Now Comes Melvyn A. Johnson, Plaintiff, in the above captioned matter hereby respectfully requesting that the Court duly appoint counsel to represent him in these proceedings. The Plaintiff has filed a civil action against the City and Government officials of the District of Columbia and because of the plaintiff's lack of knowledge of the proceedings and the rules of the court in all matters relating thereto, the appointment of coun sel is urgently requested. Plaintiff has enlisted the aid of one of the inmates at his current place of confinement to assist him with the presentation of this pleading and cannot expect that this prisoner will continue to assist him further.

**WHEREFORE**, Plaintiff Johnson requests that the court appoint counsel to represen t him heretofore in all proceedings related herein.

Respectfully submitted,

*Melvyn A. Johnson*
Melvyn A. Johnson
Plaintiff, Pro se

RECEIVED
SEP 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I hereby certify that a copy of the foregoing was mailed first-class, postage prepaid to the defendants and address listed below on this 10th day of September 2007, by placing same in the possession of the Inmate Systems Manager, which is the proper place of depositing legal mail at this facility.

Shana L. Frost
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Melvyn A. Johnson
Affiant