UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVYN A. JOHNSON<br>Fed. Reg. No: 7904-007<br>Petersburg FCI - Medium<br>P.O. Box 90043<br>Petersburg, VA 23804<br>　　　　　　Plaintiff<br>　v.<br>ADRIAN M. FENTY, et al.<br>　　　　　　Defendant. | Civil Action No.: 07-0935 (RMC) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney Jonathan C. Brumer as counsel for Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Melvyn A. Johnson,** via U.S. Postage addressed as follows:

**MELVYN A. JOHNSON**
R07904-007
Petersburg FCI- Medium
P.O. Box 90043
Petersburg, VA 23804

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov